

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 12, 2024

**BY ECF**
The Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Mittal et al.*, 23 Civ. 10858 (JGLC)

Dear Judge Clarke:

    The Government writes pursuant to the Court's March 12, 2024 Order (the "Stay Order"), which stayed the above-captioned matter until "the completion of trial or other disposition" in the related criminal case, *United States v. Mittal*, 23 Cr. 648 (RA) (the "Criminal Case"). (Dkt. No. 9). The Stay Order further directed the parties to file a status letter within the sooner of six months or the disposition of the Criminal Case.

    Judge Abrams set a trial date in the Criminal Case for February 24, 2025. Judge Abrams also set a deadline of September 20, 2024, for defense motions, and the next scheduled status conference in the Criminal Case is October 28, 2024.

    In light of the ongoing criminal proceedings, and for the reasons detailed in the Government's initial request to stay this matter (*see* Dkt. No. 9), the Government respectfully requests that the Court continue to stay the matter. Counsel for defendants Niranjan Kumar Mittal, M.D.; Niranjan K. Mittal, Physician, PLLC d/b/a Carecube; and New York Pet Imaging Center LLC consents to the requested relief.[1]

---

[1] By Order dated March 15, 2024, this Court confirmed that the deadline to serve the remaining defendant, Divanshu Bansal, was stayed. (Dkt. No. 11). As far as the Government is aware, Bansal has not yet returned to the United States or retained an attorney to represent him in this matter, and, as a result, does not know Bansal's position on the requested relief.

      Consistent with the Stay Order, the Government will provide another status update within the sooner of six months or the disposition of the Criminal Case.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney for the
                              Southern District of New York

By:      */s/ Patrick R. Moroney*
            Patrick R. Moroney
            Matthew Weinberg
            Assistant United States Attorneys
            (212) 637-2330 / -2386

cc:      All Counsel (by ECF)